## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Wendkouni Wilfried Arnold Zongo,                      Civ. No. 21-407 (NEB/BRT)

      Plaintiff,

v.                                                                              **ORDER**

Joel Brott,

      Defendant.

---

This matter is before the Court on Plaintiff Wendkouni Wilfried Arnold Zongo's Motion for Access to a Computer or for An Extension of Time. (Doc. No. 36.) This Court previously set a deadline of October 27, 2021, for Plaintiff to file a response to the Defendant's pending Motion to Dismiss. (Doc. No. 35.) Plaintiff now asks that this Court order the Sherburne County Jail to provide him access to a computer, or, in the alternative, that this Court extend the deadline for his brief. This Court will not order a detention facility to take a certain action concerning a litigant's access to materials because courts generally refrain from managing the day-to-day operations of detention facilities. *See, e.g., Bell v. Wolfish*, 441 U.S. 520, 547–58 (1979) (explaining the deference given to prison administrators to preserve internal order and discipline and to maintain institutional security). However, this Court will allow Plaintiff an additional time to submit his response. Plaintiff must submit a response by **Monday, November 15, 2021**. Defendants shall then submit any reply by **Monday, December 6, 2021**. No further extensions will be granted. Plaintiff need not concern himself with perfection; this Court

understands that he is a pro se litigant who lacks both detailed legal experience and access to unlimited legal materials. His brief will be construed broadly, as are all submissions by pro se litigants.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Access to a Computer or for An Extension of Time (Doc. No. 36) be **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's motion is denied insofar that he requests this Court order the Sherburne County Jail to provide him access to a computer.

Dated: November 1, 2021                                  *s/ Becky R. Thorson*_____
                                                                      BECKY R. THORSON
                                                                       United States Magistrate Judge