# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| WENDKOUNI WILFRIED ARNOLD ZONGO,  Plaintiff,  v.  JOEL BROTT, SHERBURNE COUNTY, LEONARD TODD, JOHN DOE, AND MEND CORRECTIONAL CARE PLLC,  Defendants. | Case No. 21-CV-407 (NEB/BRT)  ORDER ACCEPTING REPORT AND RECOMMENDATION |

The Court has received the March 30, 2022 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (ECF No. 48.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error in the Magistrate Judge's recommendation, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 48) is ACCEPTED;

2. Plaintiff's Motion to File a Third Amended Complaint (ECF No. 40) is DENIED;

3. Defendants' Motion to Dismiss (ECF No. 29) is GRANTED; and

4. The action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 16, 2022                                           BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge